# EXHIBIT D

REMIT PAYMENT TO:
**Canadian Bearings Ltd.**
1600 Drew Road
Mississauga, ON  L5S 1S5

Local Branch: 519-944-0317
Head Office: 905-670-6700
Fax: 905-670-0795



*AN ISO 9001 COMPANY*

# INVOICE

| INVOICE No. |
|---|
| 20057775-00 |
| **INVOICE DATE** |
| 01/27/10 |

PAGE No.  1 of 1

BILL TO:
**KONAL ENGINEERING & EQUIPMENT**
**P.O. BOX 959**
**1 GRAHAM ST**
**BLENHEIM, ON  N0P 1A0**

SHIP TO:
**\*KONAL ENGINEERING & EQUIPMENT**
**P.O. BOX 959**
**1 GRAHAM ST**
**BLENHEIM, ON  N0P 1A0**

GST No. 899682827R

PST / QST No. 0539-7863

| CUSTOMER # | PO NUMBER | ORDERED DATE | TERMS |
|---|---|---|---|
| 68800 | 53110 | 11/10/09 | NET 30 DAYS |

| SHIPPED DATE | SHIP FROM | SHIPPED VIA | INSTRUCTIONS |
|---|---|---|---|
| 01/27/10 | CB - Windsor | PREPAID TRAN | |

| LN | PRODUCT / DESCRIPTION | QUANTITIES ORDERED | B/O | SHIPPED | UOM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | Shipping Instructions: | | | | | | |
| | FOB Shipping Point | | | | | | |
| | SHIP DIRECT TO KONAL ENG FROM USEM MARKHAM | | | | | | |
| 1 | ELT250E2F EMERSON ELT | 2 | 0 | 2 | EA | 7620.00 | 15240.00 |
| | 250 1800 460 449T TEFC | | | | | | |
| | FOOT MOUNTED, BALL BEARING, EPACT EFF 95%, CAST IRON FRAME | | | | | | |
| | \*\*\*NOTE SPECIAL SHIP TO\*\*\* | | | | | | |

|  | |
|---|---|
| Sub-Total | 15240.00 |
| G.S.T./H.S.T. | 762.00 |

To enable customers to build, operate, and maintain machinery and equipment to tomorrow's higher standards.

| **Total** | 16002.00 |
|---|---|

Last Page