EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE COMPONENTS
HOLDINGS, LLC and FORD MOTOR
COMPANY,

        Plaintiffs,                        No. 12-10762

v.                                 District Judge Arthur J. Tarnow
                                     Magistrate Judge R. Steven Whalen

KONAL ENGINEERING AND
EQUIPMENT, INC.,

        Defendant.

AND

KONAL ENGINEERING AND
EQUIPMENT, INC.,

        Third-Party Plaintiff,

v.

FESTO, INC., CANADIAN BEARINGS LTD.,
ROCKWELL AUTOMATION, INC. and
ELECTOZAD SUPPLY COMPLANY LTD.,

        Third-Party Defendants.

_____ /

**ORDER**

      For the reasons and under the terms stated on the record on December 10, 2013,

Plaintiff's Motion to Compel Depositions [Doc. #86] is GRANTED.

      The depositions of Doug Lammon, Doug McNally and Ray Costello shall take

place within 30 days of the date of this Order.

      Pursuant to Fed.R.Civ.P. 37, Defendant Konal Engineering and Equipment, Inc.

("Konal") is sanctioned in the amount of $300.00, representing Plaintiff's attorney fees

-1-

and costs in bringing this motion.  Konal shall submit that amount to Plaintiff's counsel within 30 days of the date of this Order.

Konal's failure to comply with this Order, or to comply with the Federal Rules of Civil Procedure with regard to any future discovery requests, will result in further sanctions, which may include entry of default judgment against it.

IT IS SO ORDERED.


Date: December 10, 2013          s/ R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 10, 2013, electronically and/or by U.S. mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable R. Steven Whalen