EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE COMPONENTS
HOLDINGS, LLC and FORD MOTOR
COMPANY,

      Plaintiffs,                      No. 12-10762

v.                                    District Judge Arthur J. Tarnow
                                      Magistrate Judge R. Steven Whalen

KONAL ENGINEERING AND
EQUIPMENT, INC.,

      Defendant.

AND

KONAL ENGINEERING AND
EQUIPMENT, INC.,

      Third-Party Plaintiff,

v.

FESTO, INC., CANADIAN BEARINGS LTD.,
ROCKWELL AUTOMATION, INC. and
ELECTOZAD SUPPLY COMPLANY LTD.,

      Third-Party Defendants.
_____/

**ORDER**

      For the reasons and under the terms stated on the record on December 10, 2013, Third-Party Defendant Rockwell Automation, Inc/'s ("Rockwell's") Motion to Compel [Doc. #88] is GRANTED. Defendant Konal Engineering and Equipment, Inc. shall supplement its response to Rockwell's discovery requests, including specifying the specific documents that are responsive to Rockwell's specific requests, within 30 days of the date of this Order.

-1-

IT IS SO ORDERED.

Dated: December 10, 2013        S/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 10, 2013, electronically, and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager to the
                                Honorable R. Steven Whalen