EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE COMPONENTS
HOLDINGS, LLC and FORD MOTOR
COMPANY,

      Plaintiffs,                              No. 12-10762

v.                                       District Judge Arthur J. Tarnow
                                        Magistrate Judge R. Steven Whalen

KONAL ENGINEERING AND
EQUIPMENT, INC.,

      Defendant.

AND

KONAL ENGINEERING AND
EQUIPMENT, INC.,

      Third-Party Plaintiff,

v.

FESTO, INC., CANADIAN BEARINGS LTD.,
ROCKWELL AUTOMATION, INC. and
ELECTOZAD SUPPLY COMPLANY LTD.,

      Third-Party Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on December 10, 2013, Plaintiff's Motion to Modify Protective Order [Doc. #97] is GRANTED. Plaintiff shall electronically file with the Court a proposed amended protective order consistent with Exhibit A of its motion.

-1-

IT IS SO ORDERED.

Dated: December 10, 2013
s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document sent to parties of record on December 10, 2013, electronically and/or U.S. mail.

s/Michael Williams
Case Manager to the
Honorable R. Steven Whalen