UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE COMPONENTS HOLDINGS, LLC, ET AL.,

        Plaintiffs,

v.

KONAL ENGINEERING & EQUIPMENT, INC.,

        Defendant.
_____/

Case No. 12-10762

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

**JUDGMENT**

On May 21, 2014, the Court entered an Order [120] granting Plaintiffs' Sealed Motion for Default Judgment [118] and resolving all outstanding issues in the case.

Accordingly,

**IT IS ORDERED** that judgment is entered in favor of Automotive Components Holdings, LLC and against Konal, in the amount of $46,500,000.

**IT IS ORDERED** that judgment is entered in favor of Ford, and against Konal, in the amount of $39,523,200.

**THIS CASE IS CLOSED.**

Dated at Detroit, Michigan, this 21st Day of May, 2014.

                              DAVID J. WEAVER
                              CLERK OF THE COURT
                              BY: s/Michael E. Lang
                              Deputy Clerk

Approved:
s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE